

February 24, 2020

**Via ECF**
Magistrate Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

      Re:    *In the matter of De La Rosa et al v. El Nuevo Sandy Restaurant et al*,
            19-CV-9497 (PAE)(OTW)

Dear Magistrate Wang,

    We are the attorneys for defendants in the above referenced matter and write to respectfully request an adjournment of the Initial Pretrial Conference in this matter. The conference is currently scheduled for March 4, 2020 at noon. We make this request because we have a conflict on that date. Plaintiffs' counsel consents to this request, which is the first such request.

    All parties are available on March 16 or 24, all day, or on March 23 before noon for a rescheduled conference.

    Thank you for your consideration in this matter.

Respectfully,

Andrea Moss

**Memo Endorsed**

**Application Granted.**
A rescheduled conference will be held on March 24, 2020 at 2:30 p.m.

**SO ORDERED.**

_____
Ona T. Wang         2/27/2020
U.S. Magistrate Judge

11 prospect street, suite 1a
huntington, ny 11743
t/f: 631.423.3440
andrea.moss@alilawgroup.com
www.alilawgroup.com