**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JUSTO RAMON DE LA ROSA, et al., :
:
            Plaintiffs, :     19-CV-9497 (PAE) (OTW)
:
        -against- :     **ORDER**
:
EL NUEVO SANDY RESTAURANT INC., et al., :
:
            Defendants. :
:
:
------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     In accordance with the directions given during the status conference held on December 1, 2020, it is hereby ORDERED that discovery is extended to January 29, 2021.

     **SO ORDERED.**

Dated: December 2, 2020            _s/ Ona T. Wang_
       New York, New York            **Ona T. Wang**
                                                   United States Magistrate Judge