**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JUSTO RAMON DE LA ROSA, et al.,

        Plaintiffs,                                           19-CV-9497 (PAE) (OTW)

        -against-                                           **ORDER**

EL NUEVO SANDY RESTAURANT INC., et al.,

        Defendants.

---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' February 2, 2021 letter requesting an adjournment of the February 4, 2021 Initial Pretrial Conference. (ECF 35). It is HEREBY ORDERED that parties are directed to submit an updated 26(f) Proposed Case Management Plan by close of business today, **February 3, 2021**. *See* ECF 27 for instructions. The Court reserves decision on the adjournment request.

        **SO ORDERED.**

Dated: February 3, 2021                          *s/ Ona T. Wang*
       New York, New York                **Ona T. Wang**
                                        United States Magistrate Judge