**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JUSTO RAMON DE LA ROSA, et al.,    :

    :

        Plaintiffs,    :         19-CV-9497 (PAE) (OTW)

    :

        -against-    :         **ORDER**

    :

EL NUEVO SANDY RESTAURANT INC., et al.,    :

    :

        Defendants.    :

    :

    :

------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed ECF 39. The settlement conference scheduled for March 8, 2021 is adjourned, *sine die.* Any motion to withdraw shall be filed by Defense Counsel by **March 26, 2021**. If no motion for withdrawal is made by Defense Counsel by that date, Plaintiff shall move to strike the Defendant's answer by **April 16, 2021**.

        **SO ORDERED.**

                                      *s/ Ona T. Wang*

Dated: March 5, 2021                    **Ona T. Wang**
       New York, New York              United States Magistrate Judge