**MEMO ENDORSED**



August 13, 2021

**Via ECF**
Magistrate Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. There will be no further extensions. Failure to file a signed settlement agreement by **August 20, 2021** will result in a recommendation that Judge Engelmayer strike the answer and enter a default against Defendants.
> **SO ORDERED.**
>
> Ona T. Wang        8/17/21
> U.S.M.J.

Re:  *In the matter of De La Rosa et al v. El Nuevo Sandy Restaurant et al*,
     19-CV-9497 (PAE)(OTW)

Dear Magistrate Wang,

Ali Law Group PC is counsel of record for Sandy's Restaurant and Ruben Pichardo ("Defendants") in the above-referenced action. We write on behalf of all parties to update the Court that parties have reached a settlement in principle in this matter and request, with the consent of Plaintiff's counsel, Peter Cooper, an additional week, until August 20, 2021, to submit settlement papers for the Court's review.

Thank you for Your Honor's time and consideration in this matter.

Respectfully submitted,

Andrea Moss

cc: All Counsel VIA ECF

1