UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTO RAMON DE LA ROSA, et al.,<br><br>                               Plaintiffs,<br>-v-<br>EL NUEVO SANDY RESTAURANT INC., et al.,<br><br>                               Defendants. | 19 Civ. 9497 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 20, 2021, the parties submitted a proposed settlement agreement ("Agreement"), and a letter in support, Dkt. 65, in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay $99,000 in total. Plaintiffs receive $66,000 in total, and plaintiffs' counsel, Cilenti and Cooper, receives $33,000. The settlement will be distributed among the plaintiffs as follows: Justo Ramon de la Rosa: $17,250; Erick Aguilar: $17,750; Pedro Sosa: $17,750; Nelson Rodriguez: $13,250.

The Agreement therefore allocates one third of the settlement amount to plaintiff's counsel as attorneys' fees and reimbursement for expenses. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 24, 2021
       New York, New York